CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 0 2 2009

JOHN F. CORCORAN, CLERK
BY: _____
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT G. MISKA, | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:09-cv-00172** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| MIDDLE RIVER REGIONAL JAIL, | ) | |
| et. al., | ) | **By: Hon. Glen E. Conrad** |
| **Defendants.** | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ADJUDGED and ORDERED

that plaintiff's motion to proceed in forma pauperis (Dkt. No. 10) is **GRANTED**; his motion to

amend (Dkt. No. 9) is **GRANTED** and his complaint is amended as stated in the motion; and the

action as amended shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C.

§ 1915(e)(2)(B), and stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to plaintiff.

ENTER: This ___2d___ day of July, 2009.

_____
United States District Judge